AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Gerald Thomas Johnson, a/k/a "Geezy" | ) ) ) ) ) | Case No.  16 - 1 7 6 1 - ADC |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 30, 2016__ in the county of __Baltimore City__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute cocaine |

FILED _____ ENTERED
LOGGED _____ RECEIVED

JUL 0 1 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Lisa A. Christy, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 1, 2016

City and state: Baltimore, Maryland

_____
Judge's signature

Hon. A. David Copperthite
*Printed name and title*